# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBBY HOLDINGS LLC, a Delaware limited liability company; VAPOROUS TECHNOLOGIES, INC., a Delaware corporation;<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HENRY CHUNG, an individual; MING CHEN, an individual; DEEPVAPES, INC., a California Corporation d/b/a BOOM VAPORIZER; DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | No.  2:18-cv-00715-RGK-JC<br><br>Order Granting Joint Stipulation to Continue Trial<br><br>Current Trial:   04/02/2019<br><br>**[PROPOSED]New Trial:  05/07/2019,  9 am**<br><br>Hon. R. Gary Klausner |

**Order re New Trial**

1

1       The Court has reviewed the Joint Stipulation to Continue Trial due to Defendant Chung father-in-law's medical conditions;

      GOOD CAUSE having be shown, it is hereby ordered that the trial shall continue to

      **May 7, 2019**   at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 25, 2019

                                                    Hon. R. Gary Klausner
                                                    United States District Judge