UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-00715-RGK-JC | Date | May 03, 2019 |
|---|---|---|---|
| Title | *Lubby Holdings LLC et al. v. Henry Chung et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Defendant Henry Chung's Brief re: Damages Disclosure and Sanctions (DE 49); Plaintiff Lubby Holdings, LLC.'s Requested Brief Regarding Plaintiffs' Request for Rule 37 Sanctions Against Defendants for Listing Undisclosed Documents as Exhibits for Trial (DE 50)**

The Court has read and considered both parties' briefs. Plaintiffs are ordered to serve the Defendants and the Court their computation of damages by Monday, May 6th, 2018 at 10 a.m. Failure to do so will result in possible sanctions under Federal Rule of Civil Procedure ("Rule") 37. The Court denies Plaintiffs' request for Rule 37 sections against Defendants.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____