FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBBY HOLDINGS LLC, a Delaware limited liability company; VAPOROUS TECHNOLOGIES, INC., a Delaware corporation;<br><br>    *Plaintiff*,<br><br>vs.<br><br>HENRY CHUNG, an individual; ~~MING CHEN, an individual~~; DEEPVAPES, INC., a California Corporation d/b/a BOOM VAPORIZER; DOES 1-10, inclusive,<br><br>    *Defendants*. | Case No: 2:18-cv-00715-RGK-JC<br><br>**VERDICT FORM** |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## I. Patent Infringement

1. Did Plaintiffs prove by a preponderance of the evidence that any claim of the 9,750,284 patent (the '284 patent) has been infringed by Defendants?

    YES **X**   NO ____

Only proceed to the next question if you answered "YES" above. If you answered "NO," please sign and date this form.

## II. Invalidity

2. Did Defendants prove, by clear and convincing evidence, that the asserted claims of the '284 patent are invalid?

    YES ____   NO **X**

Only proceed to the next question if you answered "NO" above. If you answered "YES," please sign and date this form.

### III. Damages

3. What amount of damages do you award to Plaintiffs for the infringement by Defendants of the '284 patent?

'284 patent: $ __863 936.10__

    You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED: __5/9/19__, 2019 By    REDACTED