# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBBY HOLDINGS, LLC, et al.<br><br>PLAINTIFF(S)<br>v.<br>HENRY CHUNG, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-00715-RGK-JC<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable R. Gary Klausner District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Lubby Holdings, LLC and Vaporous Technologies, Inc.

recover of the defendant(s):

Henry Chung and Deepvapes, Inc.

the sum of $863,936.10 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

                                                            Clerk, U. S. District Court

Dated: May 9, 2019                      By S. Williams
                                                             Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*