Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
Henry Chung

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBBY HOLDINGS LLC, a Delaware limited liability company; VAPOROUS TECHNOLOGIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>HENRY CHUNG, an individual; MING CHEN, an individual; DEEPVAVES, INC., a California Corporation d/b/a BOOM VAPORIZER; DOES 1-10, inclusive,<br><br>Defendants. | Case No.:2:18-cv-00715-RGK-JL<br><br>**Defendant HENRY CHUNG's Notice of Appeal to Court of Appeals for the Federal Circuit** |

Come now Defendant HENRY CHUNG, and gives this Notice of Appeal to United States Court of Appeals for the Federal Circuit, for the Order/Judgment entered in this action, as identified below:

1. Judgment On the Verdict entered on May 9, 2019, ECF Dkt. #76.
2. Order affirming the ECF #76 Judgment, denying Defendant's JMOL Rule 50 motion, entered on June 17, 2019, ECF Dkt. #105.
3. Order affirming the ECF #76 Judgment, denying Defendant's Rule 59(a) and Rule 59(e) motions, entered on July 12, 2019, ECF Dkt. #115.

Dated:   August 12, 2019                         Respectfully Submitted,


                                                 /s/Jen-Feng Lee

                                                 Jen-Feng (Jeff) Lee, SBN 204328
                                                 Kenneth K. Tanji, Jr. SBN 162273
                                                 **LT Pacific Law Group LLP**
                                                 17800 Castleton Street, Ste. 560
                                                 Industry, CA 91748
                                                 T: 626-810-7200
                                                 F: 626-810-7300

                                                 Attorney for Defendant
                                                             Henry Chung

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document, **DEFENDANT Henry Chung's Notice of Appeal to Court of Appeals for the Federal Circuit**, was served via electronic means to the recipient(s) identified below:

    Dariush G. Adli, Esq.
    adli@adlilaw.com
    Drew H. Sherman, Esq.
    drew.sherman@adlilaw.com
    ADLI LAW GROUP, P.C.
    444 South Flower Street, Suite 3100
    Los Angeles, CA 90071
    T: 213-623-6546

    Attorneys for Plaintiffs
        Lubby Holdings LLC
        Vaporous Technologies, LLC

On this 12th Day of August, 2019.

                                /s/Jen-Feng Lee_____
                                Jen-Feng Lee